O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY WILLIAMS-ILUNGA, | ) | Case No. CV 12-08592 DDP (AJWx) |
| Plaintiff, | ) ) | **ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL** |
| v. | ) ) | [Dkt. No. 16] |
| ANDREA GONZALEZ; ANA TROVB-WISNEV; PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN; TRUSTEES OF THE PRODUCER-WRITERS GUILD OF AMERICA; WRITERS GUILD OF AMERICA WEST; WRITERS GUILD OF AMERICA EAST, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff has filed a Request for Appointment of Pro Bono Counsel ("Request"). Federal law allows district courts to appoint counsel in actions brought in forma pauperis. See 28 U.S.C. § 1915(e)(1). Under section 1915(e)(1), appointment of counsel by the court is discretionary rather than mandatory. See United States v. $292,888.04 in U.S. Currency, 54 F.3d 564, 569 (9th Cir. 1995). The district court may appoint counsel only in exceptional circumstances. See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th

Cir. 1991).  A finding of exceptional circumstances requires evaluation of two factors: (1) the likelihood of success on the merits; and (2) the ability of the litigant to articulate his claims pro se in light of the complexity of the legal issues involved.  See id.

As an initial matter, the court notes that it does not appear that Plaintiff brought this action in forma pauperis.  Nonetheless, the court has evaluated both the likelihood of Plaintiff's success on the merits and Plaintiff's ability to articulate her claims pro se in light of the legal issues involved.  Having done so, the court does not find that the circumstances of this case are sufficiently exceptional to justify granting the Request.  The court therefore DENIES Plaintiff's Request for Appointment of Pro Bono Counsel.

IT IS SO ORDERED.

Dated: November 15, 2012

DEAN D. PREGERSON
United States District Judge

2