O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY WILLIAMS-ILUNGA, ) | Case No. CV 12-08592 DDP (AJWx) |
| ) | |
| Plaintiff, ) | **ORDER DENYING MOTION FOR** |
| ) | **RECONSIDERATION** |
| v. ) | |
| ) | [Dkt. No. 57] |
| ANDREA GONZALEZ; ANA TROVB- ) | |
| WISNEV; PRODUCER-WRITERS ) | |
| GUILD OF AMERICA PENSION ) | |
| PLAN; TRUSTEES OF THE ) | |
| PRODUCER-WRITERS GUILD OF ) | |
| AMERICA; WRITERS GUILD OF ) | |
| AMERICA WEST; WRITERS GUILD ) | |
| OF AMERICA EAST, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Presently before the court is Plaintiff Terry Williams-Ilunga's Motion for Clarification or, in the Alternative, Reconsideration of Order Granting Defendants' Motions to Dismiss, Etc. Having considered the parties' submissions, the court DENIES the Motion.

A motion for reconsideration is properly granted on a showing that (1) newly discovered evidence demands a contrary result; (2) the court committed clear error or its decision was manifestly unjust; or (3) there has been an intervening change in controlling

law. <u>Dixon v. Wallowa County</u>, 336 F.3d 1013, 1022 (9th Cir. 2003). In addition, Local Rule 7-18 provides that:

> A motion for reconsideration of the decision on any motion may be made only on the grounds of (a) a material difference in fact or law from that presented to the Court before such decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision, or (b) the emergence of new material facts or a change of law occurring after the time of such decision, or (c) a manifest showing of a failure to consider material facts presented to the Court before such decision. No motion for reconsideration shall in any manner repeat any oral or written argument made in support of or in opposition to the original motion.

C.D. Cal. L.R. 7-18.

Plaintiff has not presented any manifest error of fact or law or previously unavailable facts or law that justify reconsideration of the dismissal of her First Amended Complaint ("FAC"). Plaintiff's papers present additional and expanded arguments indicating her disagreement with the court's dismissal of the FAC, but this on its own does not justify reconsideration. Accordingly, the Motion for Reconsideration is DENIED.

IT IS SO ORDERED.


Dated: August 6, 2013

                                          DEAN D. PREGERSON
                                          United States District Judge