1

2

3    O

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   TERRY WILLIAMS-ILUNGA,        )   Case No. CV 12-08592 DDP (AJWx)
                                    )
12                Plaintiff,        )   **ORDER DENYING MOTION FOR**
                                    )   **RECONSIDERATION**
13        v.                        )
                                    )   [Dkt. No. 57]
14   ANDREA GONZALEZ; ANA TROVB-    )
     WISNEV; PRODUCER-WRITERS       )
15   GUILD OF AMERICA PENSION       )
     PLAN; TRUSTEES OF THE          )
16   PRODUCER-WRITERS GUILD OF      )
     AMERICA; WRITERS GUILD OF      )
17   AMERICA WEST; WRITERS GUILD    )
     OF AMERICA EAST,               )
18                                  )
                  Defendants.       )
19   _____)

20        Presently before the court is Plaintiff Terry Williams-

21   Ilunga's Motion for Clarification or, in the Alternative,

22   Reconsideration of Order Granting Defendants' Motions to Dismiss,

23   Etc.  Having considered the parties' submissions, the court DENIES

24   the Motion.

25        A motion for reconsideration is properly granted on a showing

26   that (1) newly discovered evidence demands a contrary result; (2)

27   the court committed clear error or its decision was manifestly

28   unjust; or (3) there has been an intervening change in controlling

1    law.   <u>Dixon v. Wallowa County</u>, 336 F.3d 1013, 1022 (9th Cir. 2003).

2    In addition, Local Rule 7-18 provides that:

3        A motion for reconsideration of the decision on any motion
         may be made only on the grounds of (a) a material
4        difference in fact or law from that presented to the Court
         before such decision that in the exercise of reasonable
5        diligence could not have been known to the party moving for
         reconsideration at the time of such decision, or (b) the
6        emergence of new material facts or a change of law
         occurring after the time of such decision, or (c) a
7        manifest showing of a failure to consider material facts
         presented to the Court before such decision. No motion for
8        reconsideration shall in any manner repeat any oral or
         written argument made in support of or in opposition to the
9        original motion.

10   C.D. Cal. L.R. 7-18.

11       Plaintiff has not presented any manifest error of fact or law

12   or previously unavailable facts or law that justify reconsideration

13   of the dismissal of her First Amended Complaint ("FAC").

14   Plaintiff's papers present additional and expanded arguments

15   indicating her disagreement with the court's dismissal of the FAC,

16   but this on its own does not justify reconsideration.   Accordingly,

17   the Motion for Reconsideration is DENIED.

18

19   IT IS SO ORDERED.

20

21

22   Dated:August 6, 2013

23                                 DEAN D. PREGERSON
                                   United States District Judge

24

25

26

27

28

                                      2